IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CAPITALSOURCE BANK**                                                                 **PLAINTIFF**

v.                               CASE NO. 3:10 CV00325 JMM

**WALCOTT ENTERPRISES, INC. AND
JONES TRAVEL MART, INC.,
NORTHCHASE DEVELOPMENT, INC.;
TIMOTHY J. LEATHERS, COMMISSIONER
OF REVENUES, STATE OF ARKANSAS;
BENNY MAGNESS AND JANIE MAGNESS;
THE CAPITAL BANK; DMC & JRM LLC,
DAVID COOK AND JACKIE McCLURE;
AND PEPSIAMERICAS, INC.**                                                              **DEFENDANTS**

## ORDER

Pursuant to the Judgment and Orders entered, the Court finds that this case should be closed.

The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 29th day of August, 2012.

_____
James M. Moody
United States District Judge